UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

KA AND KM DEVELOPMENT, INC.          CASE NO.: 6:09-bk-06245-KSJ

    Debtor,
_____/

DAVID HOLLANDER, et al.

    Plaintiffs,

v.                                   Adv Proc. No.: 6:09-ap-00772-KSJ

KA AND KM DEVELOPMENT, INC., et al,

    Defendants.
_____/

## MOTION TO DISMISS

Defendants, **VINOD KALIDAS ("Vinod"), NIRMAKSEE KALIDAS ("Nirmaksee"), and ARTI V. KALIDAS ("Arti")(collectively, the "Kalidas Defendants")**, by and through their undersigned counsel, and pursuant to Rule 7012, Federal Rules of Bankruptcy Procedure, incorporating Rule 12, Fed. R. Civ. P., hereby move to dismiss the complaint in this adversary proceeding, as to them and, as grounds therefor, allege as follows:

    1.    The complaint in this adversary proceeding seeks relief against the Kalidas Defendants only in Counts II and III.

    2.    Plaintiffs failed to allege whether this adversary proceeding is core or non-core.

    3.    This Court lacks jurisdiction over the subject matter of this adversary proceeding to the extent Plaintiffs seek relief against the Kalidas Defendants.

    4.    Plaintiffs' stated basis for relief against the Kalidas Defendants in Count II is 15

U.S.C. section 771. Nowhere in section 771 is there to be found a basis for relief against the Kalidas Defendants in their individual capacities.

5. Plaintiffs' stated basis for relief against the Kalidas Defendants in Count III is that "Pursuant to Florida Statutes § 517.241(3), the Plaintiffs are entitled to the same civil remedies provided by the United States for the purchasers of securities, including an award of interest." Since Plaintiffs are not entitled to relief against the Kalidas Defendants under federal law, neither are they entitled to relief against them under state law.

WHEREFORE, the Kalidas Defendants move to dismiss this adversary proceeding as against them.

/s/ Peter N. Hill
Peter N. Hill
Fla. Bar No. 368814
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Email: phill@whmh.com

Attorneys for the Kalidas Defendants

CERTIFICATE OF SERVICE

I certify that on August 7, 2009 a copy of the foregoing was sent by United States first class mail, postage prepaid, or by electronic mail to: Denise D Dell-Powell, Esq., AkermanSenterfitt, P O Box 231, Orlando, FL 32802, John L Urban, Esq., Urban Thier Federer & Jackson PA, 200 S Orange Avenue, Suite 2025, Orlando, FL 32801, Titleconcepts, LLC, c/o Philip L. Logas, as Registered Agent, 121 S Orange Avenue, Suite 1470, Orlando, FL 32801; and to Elizabeth E. Green, Esq., Latham Shuker Eden & Beaudine, LLP, P O Box 3353, Orlando, FL 32802.

/s/Peter N. Hill
Attorney