# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:  KA AND KM DEVELOPMENT, INC.,         CASE NO.:     6:09-bk-06245-KSJ

  Debtor                                                                  Chapter 11

_____/

DAVID HOLLANDER, ET AL                            Adv. Proc. No.: 6:09-ap-00772-KSJ


    Plaintiffs

v.

KA AND KM DEVELOPMENT, INC., TITLECONCEPTS, LLC,
SUNTRUST BANK, VINOD KALIDAS, NIRMAKSEE KALIDAS,
and ARTI V. KALIDAS,

    Defendants.
_____/

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' VINOD KALIDAS, NIRMAKSEE KALIDAS AND ARTI V. KALIDAS MOTION TO DISMISS AND SUPPORTING MEMORANDUM OF LEGAL AUTHORITY

Plaintiffs named in the instant adversary proceeding, by and through their undersigned counsel, hereby file their response in opposition to Defendants', Vinod Kalidas, Nirmaksee Kalidas and Arti V. Kalidas (collectively "Defendants"), Motion to Dismiss (Doc. 14) ("Motion to Dismiss"), and state the following FN1:

As set forth in the Defendants' Motion to Dismiss and Answer, only Count II - 1933

---

1    The Defendants filed the Motion to Dismiss (Doc. 14) followed immediately by their Answer and Affirmative Defenses to Complaint (Doc. 15) (hereinafter "Answer"). In an abundance of caution, the Plaintiffs are filing the instant response in opposition to the Motion to Dismiss.

1

Act and Count III - Florida Statutes Chapter 517 of the Complaint (Doc. 1) pertain to the Defendants. The Plaintiffs maintain that the inclusion of the Defendants in the instant adversary proceeding is proper.

The Counts naming the Defendants are directly related to the federal and state securities law violations of the Debtor, KA and KM Development, Inc., and jurisdiction of this Court is proper. Pursuant to 28 U.S.C. § 157, this is a core proceeding as to the Defendants. Moreover, were the Court to determine that this is not a core proceeding, then the Court may still hear the matter as to the Defendants as it is directly related to the case, as set forth in 28 U.S.C. § 157.

Contrary to the Defendants' assertions, the Complaint clearly sets forth the basis of the Defendants' liability in paragraphs 183 and 184. Additionally, the Complaint clearly alleges in paragraphs 7, 8 and 9, and the Defendants readily admit in their Answer, that they were and are the sole officers and directors of the Debtor, that they reside in Orange County, Florida, and that they are sui juris.

WHEREFORE the Plaintiffs respectfully request that this honorable Court deny the Defendants', Vinod Kalidas, Nirmaksee Kalidas and Arti V. Kalidas, Motion to Dismiss (Doc. 14) and grant such other and further relief as the Court deems just and proper.

URBAN THIER FEDERER & JACKSON, P.A.
200 S. Orange Avenue, Suite 2025, Orlando, Florida 32801  Tel. 407-245-8352  Fax. 407-245-8361

Respectfully submitted,

s/ John L. Urban_____
John L. Urban, Esq.
Fla. Bar No. 0175307
Attorney for Plaintiffs
**URBAN THIER FEDERER**
**& JACKSON, P.A.**
200 S. Orange Avenue, Suite 2025
Orlando, Florida  32801
Tel.    407-245-8352
Fax.    407-245-8361
Email:  urban@urbanthier.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail or electronic mail on August 19, 2009 to:

Elizabeth A. Green, Esq.
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
(counsel for Debtor)

L. William Porter, III, Esq.
Lowndes Drosdick Doster Kantor & Reed P.A.
Post Office Box 2809
Orlando, FL 32802
(counsel for Defendant Titleconcepts, LLC)

Denise D Dell-Powell, Esq.
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802
(counsel for Defendant SunTrust Bank)

Peter N. Hill, Esq.
Wolff Hill McFarlin & Herron P.A.
1851 West Colonial Drive
Orlando, FL 32804
(counsel for Defendants V., N., and A. Kalida)

s/ John L. Urban_____
John L. Urban, Esq.

4

URBAN THIER FEDERER & JACKSON, P.A.
200 S. Orange Avenue, Suite 2025, Orlando, Florida 32801 Tel. 407-245-8352 Fax. 407-245-8361