

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
August 20, 2009

**HONORABLE KAREN S. JENNEMANN**  COURTROOM B

CASE NUMBER: 09-06245-6J1    FILING DATE: 05/06/2009 (BAPCPA)    HEARING TIME: 10:00 A.M.

Adversary: 09-00772

DEBTOR: KA AND KM DEVELOPMENT, INC    Pltf atty:
                                      Deft atty:

HEARING:

DAVID HOLLANDER, VALERIE HOLLANDER, SANJAY ADATIA, ET AL V. KA AND KM DEVELOPMENT, INC., TITLECONCEPTS, LLC, SUNTRUST BANK, ET AL

1) "PRETRIAL CONFERENCE"

2) MOTION BY KALIDAS DEFENDANTS TO DISMISS PARTY
(DOC #14)


APPEARANCES:

JOHN URBAN: ATTY PLTFS
DENISE DELL-POWELL & CHRIS SMART: ATTY DEF SUNTRUST
LIZ GREEN: ATTY DEBTOR
PETER HILL: ATTY KALIDAS DEFS
ROY KOBERT: ATTY UNSECURED CREDITOR COMMITTEE


RULING:

1) PTC CON'T TO 12/17/09 AT 11:00 AM (AOCNFNG)

2) MOTION TO DISMISS ADVERSARY PROCEEDING - GRANTED; AMENDED COMPLAINT DUE ON OR BEFORE 10/16/09; AMENDED ANSWER DUE ON OR BEFORE 11/6/09; PARTIES ARE TO SUBMIT ORDER ON MEDIATION:  ORDER BY COURT

ORE TENUS MOTION BY CREDITOR'S COMMITTEE TO EXTEND CLAIMS BAR DATE:  GRANTED; DATE EXTENDED TO 10/2/09 (ORDER TO BE ENTERED IN MAIN CASE)