UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re )
)
KA AND KM DEVELOPMENT, INC., ) Case No. 6:09-bk-06245-KSJ
) Chapter 11
    Debtor. )
)

DAVID HOLLANDER, et al., )
)
    Plaintiffs, ) Adversary No. 6:09-ap-772
vs. )
)
KA AND KM DEVELOPMENT, INC., et al., )
)
)
    Defendants. )
)

ORDER GRANTING
MOTION TO DISMISS ADVERSARY PROCEEDING

This adversary proceeding came on for hearing on August 20, 2009, for a pretrial conference and to consider the Motion by Kalidas Defendants to Dismiss Party (the "Motion") (Doc. No. 14). After reviewing the pleadings and considering the position of interested parties, it is

ORDERED:

1. The Motion (Doc. No. 14) is granted.

2. This adversary proceeding is dismissed.

3. The plaintiff is allowed to file an amended complaint on or before **October 16, 2009**.

4. If an amended complaint is timely filed, the defendants are directed to file an amended answer on or before **November 6, 2009**.

5. On or before **November 6, 2009**, the parties are directed to submit an order requiring mediation of all issues raised in this adversary proceeding and by other similarly situated purchasers who have or will file a proof of claim. The mediation shall be concluded by **December 11, 2009**.

6. A continued pretrial conference in this adversary proceeding is scheduled for **11:00 a.m. on December 17, 2009**.

DONE AND ORDERED in Orlando, Florida, on August 24, 2009.

*[signature: Karen S. Jennemann]*

KAREN S. JENNEMANN
United States Bankruptcy Judge