UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                          Chapter 11

KA and KM DEVELOPMENT, INC.,                                    Case No. 6:09-bk-06245-KSJ
a/k/a VILLA AT LAKE EVE
a/k/a LAKE EVE REPORT,

          Debtor,
_____/

DAVID HOLLANDER ET AL

          Plaintiff,

v.                                                              Adversary No.: 6:09-ap-00772-KSJ

KA and KM DEVELOPMENT, INC.,
ET AL,

          Defendants.
_____/

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Denise Dell-Powell has left the firm of Akerman Senterfitt and Creditor, SunTrust Bank, is now represented by the undersigned in this adversary proceeding.

                                              Respectfully submitted,

                                              /s/ Jules S. Cohen
                                            Jules S. Cohen, Esq.
                                            Florida Bar No. 14520
                                            Michael A. Nardella, Esq.
                                            Florida Bar No. 51265
                                            **AKERMAN SENTERFITT**
                                            420 S. Orange Avenue, Suite 1200
                                            Post Office Box 231 (32802-0231)
                                            Orlando, FL  32801-4904
                                            Telephone:  (407) 423-4000

{O1452245;1}

Facsimile: (407) 843-6610
Email: jules.cohen@akerman.com
michael.nardella@akerman.com

ATTORNEYS FOR SUNTRUST BANK

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Notice of Appearance will be furnished via electronic mail by the Clerk to the attorneys of record on the 9th day of September, 2009.

  _/s/ Jules S. Cohen_
Jules S. Cohen, Esq.